**CEDAR BRIDGE, L.L.C.,**
**Plaintiff/Appellant,**

v.

**MILA, INC, d/b/a Mortgage Lending Associates, Inc., Defendant/Respondent.**

**No. ED 89553.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Dec. 4, 2007.

Thomas A. Connelly, St. Louis, MO, for Plaintiff/Appellant.

William L. Sauerwein, David W. Forth, St. Louis, MO, for Defendant/Respondent.

Before MARY K. HOFF, P.J., SHERRI B. SULLIVAN, J., and GEORGE W. DRAPER III, J.

*ORDER*

PER CURIAM.

Cedar Bridge, L.L.C. (Cedar Bridge) appeals from the circuit court's grant of summary judgment in favor of MILA, Inc., d/b/a Mortgage Lending Associates, Inc. (MILA) on Cedar Bridge's petition to quiet title to real property under Section 140.330.[1] We have reviewed the briefs of the parties and the record on appeal and conclude there is no genuine dispute of the material facts and MILA is entitled to judgment as a matter of law. *ITT Commercial Fin. Corp. v. Mid–Am. Marine Supply Corp.*, 854 S.W.2d 371, 377 (Mo. banc.1993). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).

---

1. All statutory references are to RSMo 2000, unless otherwise indicated.